# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :   No. 607 MAL 2021

       Respondent                    :

                                        :   Petition for Allowance of Appeal

                                        :   from the **Unpublished**

                v.                      :   **Memorandum and Order** of the

                                        :   Superior Court at No. 1487 EDA

                                        :   2020 entered on August 3, 2021,

SCOTT MELVIN GALANT,           :   **vacating and remanding** the Order

                                        :   of the Bucks County Court of

            Petitioner             :   Common Pleas at No. CP-09-CR-

                                        :   0001573-2019 entered on July 9,

                                           2020

## <u>ORDER</u>

**PER CURIAM**                                              **DECIDED: July 3, 2024**

      **AND NOW**, this 3rd day of July, 2024, the Petition for Allowance of Appeal is **GRANTED,** the order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Superior Court for reconsideration in light of this Court's decision in *Commonwealth v. Torsilieri,* __ A.3d __ 2024 WL 2789201 (Pa. filed May 31, 2024).